Consalus agt. Brotherson.

## SUPREME COURT.

EMANUEL CONSALUS agt. JOHN BROTHERSON.

The usual expense of printing cases may be taxed by the prevailing party, without regard to the price *actually* paid.

*Third Department, General Term, November,* 1872.

THE plaintiff recovered a judgment before the referee. The defendant made a case and appealed to the general term. The case contained about 100 pages, and the defendant paid for printing one dollar a page, being the usual price for printing, including extra copies. The general term reversed the judgment and granted a new trial, with costs to abide the event. The plaintiff gave the usual stipulation, and appealed to the court of appeals, where the order granting a new trial was affirmed, and final judgment rendered against the plaintiff for costs. The plaintiff procured the extra copies of the printed case to use in the court of appeals, and paid the defendant thirty dollars for them.

On the taxation, the defendant claimed to recover the full printing bill, without deducting or allowing the thirty dollars so refunded. The clerk allowed the whole amount on taxation. The plaintiff appealed to the special term, where the thirty dollars was stricken out. The defendant appealed from that order to the general term, where it was argued November, 1872.

*E. F. Bullard,* for plaintiff.

First. The prevailing party only recovers costs by way of indemnity. As thirty dollars of the printing was refunded

Consalus agt. Brotherson.

by the plaintiff, it was not just to tax the same amount against him the second time. The only *necessary* disbursement was the balance which the defendant had paid.

*John Brotherson*, in person, contended that he was entitled to recover the *usual price* for printing. It was immaterial to the plaintiff how cheap he obtained them, nor how much he made by selling surplus copies.

THE COURT reversed the order of the special term, with ten dollars costs, and affirmed the adjustment by the clerk.